UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-40092 BKC-RAM
CHAPTER 13 PROCEEDING

IN RE:
ABRAHAM DAVID NAMMUR
SARAI NAMMUR
Debtor
_____/

## MOTION TO COMPEL DISCOVERY

Nancy N. Herkert, Chapter 13 Trustee moves this Court to enter an Order to Compel Discovery as follows:

1) On May 3, 2023, the Trustee served and filed a request for production of documents on the Debtors [ECF #249]

2) The Trustee requested copies of the Debtors' corporate and personal tax returns for the period of 2019-2022.

3) The Debtors hold a corporation with $1,334,209.00 of total income in 2018, $1,288,588.00 of total income in 2017.  (Total income is the amount of gross receipts less costs of gross sold)

4) The Trustee believes that the Debtors may have used their business to reduce their income during the pendency of the bankruptcy.  The Debtors' corporate and personal tax returns for the period of 2019-2022 are necessary to determine if the Trustee should raise this issue.

5) The Debtors' plan states "The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis **during the pendency of this case**. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the

debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income." emphasis added.

      6) Due to the Debtors actions this case is still pending.  Thus the Trustee is entitled to receive the tax returns, even if the Trustee is unable to seek the disposable income after 5 years.

      7)  The Debtors' attorney has informed the Trustee that they will not provide the information without a court order.

      WHEREFORE, Trustee respectfully requests of the Court an order directing Debtors to provide the Trustee with a complete copy of their 2019, 202, 2021 and 2022 corporate and personal tax returns within forty-eight (48) hours and for any other relief as the Court may deem necessary.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 279806  
MIRAMAR, FL 33027-9806  

By: /s/_____  
      Amy E. Carrington, Esq.  
      *Senior Staff Attorney*  
      FLORIDA BAR NO: 101877  

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Motion to Compel was served through NEF on Christian Paul Larrieviere, Esq on June 28, 2023

/s/_____  
Amy E Carrington, Esq